Certificate Number: 15317-ILN-DE-026717560

Bankruptcy Case Number: 15-43225



15317-ILN-DE-026717560

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 27, 2015</u>, at <u>5:46</u> o'clock <u>PM PST</u>, <u>Gregory P Roland</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:  <u>December 27, 2015</u>

By:  <u>/s/Eunice Francia</u>

Name:  <u>Eunice Francia</u>

Title:  <u>Counselor</u>