| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Gregory Phillip Roland** | Social Security number or ITIN   **xxx–xx–3151** |
|  | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
|  |  | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | |
| Case number:   **15–43225** | | |

# Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gregory Phillip Roland

<u>March 30, 2016</u>                                                                 **For the court:**   <u>Jeffrey P. Allsteadt, Clerk</u>
                                                                                                                         United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                  Case No. 15-43225-DLT
Gregory Phillip Roland                                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2              Date Rcvd: Mar 30, 2016
                              Form ID: 318             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2016.
```
db          +Gregory Phillip Roland,    1702 Beech Road,    Mount Prospect, IL 60056-1602
24053908    +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza, Suite 1932,    Chicago, IL 60654-1420
24053909    +Arnold Scott Harris, P.C.,    PO Box 5625,    Chicago, IL 60680-5625
24053915    +Citibank, N.A.,    399 Park Avenue,    New York, NY 10022-4699
24053917     Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,    P.O. Box 790034,
              Saint Louis, MO 63179-0034
24053918    +City Chicago,    50 West Washington Street,    Suite 1303,    Chicago, IL 60602-1484
24053920    +City of Chicago,    Deparrtment of Revenue,    PO Bos 88292,    Chicago, IL 60680-1292
24053921     Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
24053922    +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
24053923    +First Horizon/First Tennessee Bank,    Attn: Bankruptcy,    Po Box 1469,
              Knoxville, TN 37901-1469
24053924    +Ge Capital,    C/O United Portfolio,    1942 Lexington, Ste 1,    Saint Paul, MN 55113-6401
24053927    +Harris Bank,    111 W. Monroe Street,    Chicago, IL 60603-4095
24053928    +Harris Bank N.A.,    Bmo Harris Bank - Bankruptcy Dept.-Brk-1,    770 N Water Street,
              Milwaukee, WI 53202-0002
24053929     Illinois Tollway Authority,    PO Box 5544,    Chicago, IL 60680-5544
24053930    +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: BIBODENSTEIN.COM Mar 31 2016 00:28:00     Ira Bodenstein,
              Shaw Fishman Glantz & Towbin LLC,    Towbin LLC,    321 N Clark Street Suite 800,
              Chicago, IL 60654-4766
24053906    +EDI: BECKLEE.COM Mar 31 2016 00:28:00     American Express,    Po Box 3001,
              16 General Warren Boulevard,    Malvern, PA 19355-1245
24053907    +EDI: BECKLEE.COM Mar 31 2016 00:28:00     American Express *,    c/o Becket & Lee,
              P.O. Box 3001,    Malvern, PA 19355-0701
24053911    +EDI: BANKAMER2.COM Mar 31 2016 00:28:00     Bank Of America, N.A.,    401 N. Tryon Street,
              NC1-021-02-20,    Charlotte, NC 28255-0001
24053910    +EDI: BANKAMER.COM Mar 31 2016 00:28:00     Bank of America,
              Attn: Bankruptcy Dept NC4-105-0314,    Po Box 26012,    Greensboro, NC 27420-6012
24053913    +EDI: HFC.COM Mar 31 2016 00:28:00     Best Buy Co., Inc,    Bureaus Investment Group,
              PO Box 17298,    Baltimore, MD 21297-1298
24053916     EDI: CITICORP.COM Mar 31 2016 00:28:00     Citicorp Credit Services *,
              ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195
24053914    +EDI: CHASE.COM Mar 31 2016 00:28:00     Chase *,    ATTN: Bankruptcy Department,
              P.O. Box 15298,    Wilmington, DE 19850-5298
24053925    +EDI: RMSC.COM Mar 31 2016 00:28:00     GE Capital Retail Consumer Finance,    1600 Summer Street,
              Fifth Floor,    Stamford, CT 06905-5125
24053926    +EDI: RMSC.COM Mar 31 2016 00:28:00     GE Money Bank Care Card,    Po Box 960061,
              Orlando, FL 32896-0061
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24053919     City of Chicago,    c/o Markoff & Krasny,    29 N. Wacker Drive, # 550
24053912*   +Bank Of America, N.A. *,    401 N. Tryon Street,    NC1-021-02-20,    Charlotte, NC 28255-0001
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2016 at the address(es) listed below:
```
              Charles L. Magerski    on behalf of Debtor 1 Gregory Phillip Roland Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Ira Bodenstein    iratrustee@shawfishman.com,    IL29@ecfcbis.com;cowens@shawfishman.com
```

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Mar 30, 2016
                              Form ID: 318             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                               TOTAL: 3